NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GPX INTERNATIONAL TIRE CORPORATION** AND **HEBEI STARBRIGHT TIRE CO., LTD.,**
*Plaintiffs-Appellees,*

AND

**TIANJIN UNITED TIRE & RUBBER INTERNATIONAL CO., LTD.,**
*Plaintiff-Appellee,*

v.

**UNITED STATES,**
*Defendant-Appellant,*

AND

**TITAN TIRE CORPORATION** AND **UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO-CLC,**
*Defendants-Appellants,*

AND

**BRIDGESTONE AMERICAS, INC.** AND **BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC,**
*Defendants-Appellants.*

---

2011-1107, -1108, -1109

---

Appeals from the United States Court of International Trade in consolidated case no. 08-CV-0285, Judge Jane A. Restani.

---

**ON MOTION**

---

Before GAJARSA, *Circuit Judge.*

### ORDER

The United States moves for a 26-day extension of time, until June 1, 2011, to file its reply brief and an increase of 7,000 words for its reply brief. GPX International Tire Corporation and Hebei Starbright Tire Co., Ltd. oppose. Bridgestone Americas, Inc. et al. and Titan Tire Corporation et al. move for a 26-day extension of time, until June 1, 2011, to file its reply brief. GPX International Tire Corporation et al. oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions for extensions of time are granted.

(2) The United States' motion for an increase of 7,000 words for its reply brief is denied.

FOR THE COURT

MAY 1 8 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 8 2011

JAN HORBALY
CLERK

cc:   Alan H. Price, Esq.
      Wesley K. Caine, Esq.
      Kathleen W. Cannon, Esq.
      Joseph W. Dorn, Esq.
      Roger B. Schagrin, Esq.
      Daniel L. Porter, Esq.
      Francis J. Sailer, Esq.
      Michael D. Panzera, Esq.
      Jeffrey D. Gerrish, Esq.

s24